UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KHOR CHIN LIM,

        Plaintiff,

v.

NEW YORK STATE BOARD OF LAW EXAMINERS, et al.,

        Defendants.

Case No. 25-cv-02660-HSG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DISMISS CASE**

Re: Dkt. No. 21

    The Court has reviewed Magistrate Judge Cisneros Report and Recommendation to Dismiss Case. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

    IT IS HEREBY ORDERED that this case is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B), without leave to amend, and without reaching Plaintiff's various pending motions. The Clerk is directed to enter judgment in favor of Defendants and against Plaintiff, and to close the file.

    **IT IS SO ORDERED.**

Dated: July 14, 2025

HAYWOOD S. GILLIAM, JR.
United States District Judge