UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOR CHIN LIM,<br><br>      Plaintiff,<br><br>   v.<br><br>NEW YORK STATE BOARD OF LAW EXAMINERS, et al.,<br><br>      Defendants. | Case No. 25-cv-02660-HSG<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 24 |

Pro se Plaintiff Khor Chin Lim initially filed this case in March 2025. *See* Dkt. No. 1. Magistrate Judge Cisneros granted Plaintiff's application to proceed in forma pauperis, but ordered him to show cause why the case should not be dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B). *See* Dkt. No. 14. Plaintiff never responded to the order to show cause, and Judge Cisneros recommended that the case be dismissed without leave to amend. *See* Dkt. No. 21. Plaintiff did not file any objections to the report and recommendation. Having reviewed the filings in detail, the Court adopted the report and recommendation, dismissed the case, and entered judgment in favor of Defendants on July 14, 2025. *See* Dkt. Nos. 22, 23.

After the case was closed, Plaintiff filed documents styled as an "ex parte motion for temporary restraining order" and a letter to the Court. *See* Dkt. Nos. 24–27. However, this case remains closed and the motion is therefore **DENIED**. No further filings will be accepted in this closed case.

**IT IS SO ORDERED.**

Dated: 7/28/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge